No. 80–6063.  TOLLIVER *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 80–6065.  WRIGHT *v.* BOMBARD, CORRECTIONAL SUPER-INTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 80–6070.  LEE *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 80–6072.  LEWIS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 80–6078.  GREGG *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 80–6079.  MOWAT *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 80–6081.  LUTTRELL *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 80–6083.  WICKIZER *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 80–6086.  McCOY *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 80–6099.  FONTANEZ *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 80–6105.  MOLINA *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 79–1856.  EATON CORP. *v.* FOX.  C. A. 6th Cir.  Certiorari denied.  JUSTICE WHITE took no part in the consideration or decision of this petition.